IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JANE DOE,

        Plaintiff,

v.                                         CIVIL ACTION NO. 3:22-0461

CHILI'S OF WEST VIRGINIA, INC.,
d/b/a CHILI'S GRILL & BAR,
BRINKER INTERNATIONAL INC.,
CARL WILES, and EDWIN RODRIGUEZ,

        Defendants.

## ORDER

Pending before the Court is Plaintiff's Motion to Proceed with a Pseudonym (ECF No. 3) and her Emergency Motion to Seal Application to Proceed without Prepayment. ECF No. 5. Upon review, the Court **GRANTS** the motions for good cause shown.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:	October 25, 2022

*[signature]*

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE