IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JANE DOE,

        Plaintiff,

v.                                 CIVIL ACTION NO.   3:22-0461

CHILI'S OF WEST VIRGINIA, INC.,
d/b/a CHILI'S GRILL & BAR,
BRINKER INTERNATIONAL INC.,
CARL WILES, and EDWIN RODRIGUEZ,

        Defendants.

## ORDER

The May 2023 Status Report on Arbitration Proceedings notified the Court that an arbitration hearing is scheduled for March 26, 27, 28, 2024. The Court therefore **SUSPENDS** the direction that a status report of the arbitration proceedings be filed on the first of each month unless there is a scheduling change. The Court **ORDERS** that a report of the arbitration outcome be filed with 14 days of the conclusion of the proceedings.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                ENTER:      May 2, 2023

                ROBERT C. CHAMBERS
                UNITED STATES DISTRICT JUDGE