IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA, HUNTINGTON

Jane Doe,

    Plaintiff,

v.                                                        Civil Action No.: 3:22-cv-461
                                                          Judge Chambers

Chili's of West Virginia, Inc., d/b/a
Chili's Grill & Bar, Brinker International Inc.,
Carl Wiles, and Edwin Rodriguez,

    Defendants.

## AGREED DISMISSAL ORDER

This day came Plaintiff and Defendants and announced to the Court that all claims between them have been settled and compromised and thereupon,

It is **ORDERED** that the claims of Plaintiff and Defendants set forth in the Complaint in the above-styled action, and all claims related thereto, are dismissed with prejudice and the action is stricken from the docket.

The Clerk of the Court is **DIRECTED** to deliver a certified copy of this order to all counsel and parties of record at the addresses below the signature lines of this order.

It is so **ORDERED.**

DATED: 3/6/24

                                                              JUDGE ROBERT C. CHAMBERS

Prepared by:

*/s/ Laura Davidson*
Laura Davidson (WVSB # 13832)
Mountain State Justice, Inc.
1029 University Avenue
Suite 101

Morgantown, WV 26505
Telephone: (304) 326-0188
Facsimile: (304) 344-3145
*Counsel for Plaintiff*

Agreed to by:

*/s/ Marla N. Presley*
Marla N. Presley
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
marla.presley@jacksonlewis.com
*Counsel for Defendants*